**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

HOLLY LOCKE, an individual,

          Defendant.

_____/

Civil No. 24-cv-11279

Honorable Paul D. Borman
Mag. Kimberly G. Altman

**JOINT STIPULATION TO ENTRY OF**
**CONSENT DECREE AND FINAL JUDGMENT**

Plaintiff, the United States of America ("United States") and Defendant Holly Locke ("Defendant") hereby stipulate to the entry of the attached proposed Consent Decree and Final Judgment ("Consent Decree").

1. Defendant waives service of the Summons and the Complaint.

2. Defendant acknowledges that Defendant has read the provisions of the proposed Consent Decree, has had sufficient time to consider its ramifications, understands the proposed Consent Decree, and is prepared to and will abide by all provisions of the Consent Decree.

3. Without admission of liability or wrongdoing, Defendant stipulates to the entry of the attached proposed Consent Decree, freely, and without coercion.

4. For the purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

Each party to this action agrees to bear its own attorneys' fees and costs incurred in connection with this action.

Respectfully submitted,

DAWN N. ISON
United States Attorney

_____     _____ 5/14/24
HOLLY LOCKE, Defendant    JONNY ZAJAC
                                  Assistant United States Attorney
                                  211 W. Fort Street, Suite 2001
                                  Detroit, Michigan 48226
                                  (313) 226-0230
                                  jonny.zajac@usdoj.gov
                                  Illinois Bar No. 6307383

Dated: May 10, 2024